JAMES J. EGAN, Respondent, v. H. H. FRANKLIN MANUFACTURING COMPANY, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WLADYSLAW GOBRYS, an Infant, etc., Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DAVID S. WRIGHT, Respondent, v. ALEXANDER L. FINK and Others, Appellants. — Motion granted and appeal dismissed, with costs.

ALEXANDER L. FINK and Others, Appellants, v. DAVID S. WRIGHT, Respondent. — Motion granted and appeal dismissed, with costs.

PILLSBURY FLOUR MILLS COMPANY, Respondent, v. JOSEPH NICOTERA, Appellant.— Motion to dismiss appeal denied.

HERBERT A. LONG, Respondent, v. KLEAN MAID PRODUCTS COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal on or before April seventeenth and be ready to argue the appeal at the opening of the May term.

FRANK DONOVAN, Respondent, v. JOSEPH H. WILLIAMS, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by March seventeenth and be ready to argue the appeal at the opening of the May term.

GRACE DONOVAN, Respondent, v. JOSEPH H. WILLIAMS, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by March seventeenth and be ready to argue the appeal at the opening of the May term.

BUFFALO GRAVEL CORPORATION and Others, Respondents, v. GUY B. MOORE, as District Attorney, etc., Appellant.— Application of Dairymen's League Co-operative Association, Inc., granted, for leave to intervene upon the appeal herein and file brief.

ROY D. OLOFSON, by CARL J. OLOFSON, Guardian ad Litem, Appellant, v. GERTRUDE WHEELER OLOFSON, by ALLEN J. WHEELER, Guardian ad L¹tem, Respondent.— Order modified so as to provide that the plaintiff, Roy D. Olofson, pay to the guardian *ad litem* of the defendant the sum of one hundred and thirteen dollars and sixty cents to be applied in providing for defendant's care, maintenance, hospital expenses and medical attendance during childbirth, and the further sum of fifty dollars counsel fees to be paid to the guardian *ad litem* of the defendant, and as so modified the order is affirmed, with ten dollars costs and disbursements. All concur, except Kruse, P. J., who dissents upon the ground that even if the Special Term had the power, the order was improvidently granted. Both parties were under the age of consent when married and concededly the plaintiff is entitled to judgment annulling the marriage. Plaintiff is a boy in school, has no property or means and the father is under no legal obligation to furnish means for the temporary alimony and counsel fee awarded to the defendant by this order. (*Stivers* v. *Wise*, 18 App. Div. 316.)